IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRISHA BELL,                          )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )        Case No.  2023-cv-3745
                                      )
CITY OF O'FALLON,                     )
                                      )
        Defendant.                    )

**DEFENDANT'S NOTICE FOR REMOVAL OF ACTION**

Now comes the defendant, CITY OF O'FALLON, by and through its undersigned attorneys, PIERCE LAW FIRM, P.C., and hereby respectfully represents unto the Court as follows:

1.      On October 30, 2023, plaintiff in the above-captioned action instituted a civil action against the City of O'Fallon, defendant in said action, in the Circuit Court of the Third Judicial Circuit, Madison County, Illinois, by filing a Complaint, a copy of which is attached hereto and marked Exhibit "A" and incorporated by reference herein.

2.      On November 1, 2023, service was served upon the defendant, City of O'Fallon, and a copy of said Summons was issued by the Clerk of the Circuit Court of Madison County, Illinois, a copy of which is attached hereto and marked Exhibit "B" and incorporated by reference herein.

3.      Defendant contends that its civil rights were violated and bases his cause of action on 42 U.S.C. §1983.

4.      This Court has original jurisdiction over civil actions arising under the laws of the United States, pursuant to 28 U.S.C. §1331 and §1441.  This action, and the claims and causes of action sued upon therein, are of a civil nature of and over which the District Court of the United

1

States for the Southern District of Illinois, possesses and has concurrent jurisdiction with the Circuit Courts of Illinois by virtue of the provisions of the Constitution of the United States of America, and the Acts of Congress of the United States of America, in such case made and provided. This Court has supplemental jurisdiction to hear and decide the state law claims.

5.    This Notice of Removal is filed within thirty (30) days after receipt by this Defendant of a pleading from which it may first be ascertained that the case is one which has become removable, pursuant to 28 U.S.C. §1446(b), and a true and correct copy of all process pleadings and orders now on file in said Circuit Court are attached hereto as Exhibits "A", "B", and "C".

6.    This Court has original jurisdiction under 28 U.S.C. §1331 and §1441 and said cause is removable to this Court by virtue of the provisions of 28 U.S.C. §1331 and §1441.

WHEREFORE, the Defendant, CITY OF O'FALLON, prays that this Petition be granted and that said action be removed in its entirety from the Circuit Court of the Third Judicial Circuit, Madison County, Illinois, to this District Court of the United States for the Southern District of Illinois, as provided by law.

Respectfully Submitted,

By: s/Charles A. Pierce
PIERCE LAW FIRM, P.C.
#3 Executive Woods Court, Suite 200
Belleville, IL 62226
Phone: 618-277-5599
Fax: 618-239-6080
E-mail: cpierce@piercelawpc.com
Attorney Bar # 06208106

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 20, 2023 I electronically filed a NOTICE FOR REMOVAL OF ACTION on behalf of the defendant, CITY OF O'FALLON, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas G. Maag
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095
tmaag@maaglaw.com

Respectfully submitted,

s/CHARLES A. PIERCE
Pierce Law Firm, P.C.
#3 Executive Woods Court, Suite 200
Belleville, IL  62226
Phone: (618) 277-5599
Fax: (618) 239-6080
E-mail: cpierce@piercelawpc.com
Attorney Bar Number # 06208106