# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRISHA BELL, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 3:23-cv-3745-JPG |
| CITY OF O'FALLON et al., | ) |
|        Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having rendered a decision;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice, with attorney's fees and costs assessed.

**DATED: July 18, 2024**

MONICA A. STUMP, Clerk of Court

By:  *s/Tina Gray,*
      Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                 J. PHIL GILBERT
                 U.S. DISTRICT JUDGE